IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INDICTMENT |
| | : | |
| vs. | : | CRIMINAL NO. 3:26-CR- ____ |
| | : | |
| | : | VIOLATIONS: |
| TERRANCE HEIGHT, | : | 18 U.S.C. § 371 |
| RODRIQUEZ HAMM, and | : | 18 U.S.C. § 922(a)(1)(A) |
| ZANANII HOSANG, | : | 18 U.S.C. § 922(a)(6) |
| | : | 18 U.S.C. § 924(n) |
| | : | 18 U.S.C. § 922(a)(5) |
| Defendants. | : | 18 U.S.C. § 2 |
| | : | 18 U.S.C. § 924(d)(1) |
| | : | 28 U.S.C. § 2461(c) |
| | : | |
| | : | FILED UNDER SEAL |

THE GRAND JURY CHARGES:

COUNT ONE
(CONSPIRACY TO COMMIT FIREARMS OFFENSES)

Beginning on a date unknown to the Grand Jury and continuing until at least January 9, 2023, in the Athens Division of the Middle District of Georgia and elsewhere, the defendants,

TERRANCE HEIGHT,
RODRIQUEZ HAMM, and
ZANANII HOSANG,

knowingly and willfully conspired with each other and others, known and unknown to the Grand Jury, to commit offenses against the United States in connection with the acquisition of firearms from licensed dealers of firearms within the meaning of Chapter 44 of Title 18, United States Code, in that the defendants did knowingly make false and fictitious written statements to such licensed dealers, which statements were intended and likely to deceive the licensed firearms dealers with respect to a fact material to the lawfulness of the sale of a firearm under

Chapter 44 of Title 18, United States Code, in violation of Title 18, United States Code, Section 371, in connection with Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## MANNER AND MEANS

In order to carry out their unlawful plan, the defendants would and did:

A) make multiple purchases of firearms from licensed dealers in the Middle District of Georgia and elsewhere by falsely representing on an ATF Form 4473 (Firearms Transaction Record) that they were the actual transferee or buyer of the firearm, when in fact they were purchasing the firearms for others, an unlawful practice commonly referred to as "straw" purchasing;

B) transfer money using various methods, including web-based applications such as CashApp, to facilitate the straw purchase of firearms and to compensate the straw purchasers;

C) use telecommunication devices to communicate via text messages, phone calls, emails, WhatsApp, various social media messaging platforms and other similar instrumentalities of interstate and foreign commerce regarding: 1) prices of firearms; 2) makes, models, and calibers of desired firearms; and 3) payment and delivery of the aforementioned items; and

D) make numerous trips between Georgia and New Jersey for the purpose of transporting firearms to New Jersey, where the firearms were sold for a significant profit to individuals, such as convicted felons, who were prohibited from lawfully purchasing firearms.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the goals thereof, within the Athens Division of the Middle District of Georgia and elsewhere, the defendants, **TERRANCE**

HEIGHT, RODRIQUEZ HAMM, ZANANII HOSANG and others, known and unknown to the Grand Jury, committed, and caused to be committed, the following overt acts, among others:

1. Beginning on a date unknown to the Grand Jury but continuing until at least January 9, 2023, **TERRANCE HEIGHT** solicited **RODRIQUEZ HAMM** and **ZANANII HOSANG** to purchase firearms for him.

2. From on or about May 9, 2020, to December 19, 2022, **RODRIQUEZ HAMM** purchased fifty-two (52) firearms from licensed dealers of firearms, primarily located in the Middle District of Georgia.

3. In connection with the purchase of the 52 firearms referenced in paragraph 2 above, **RODRIQUEZ HAMM** represented on ATF Form 4473s that he was the actual transferee or buyer of the firearms, when in fact **RODRIQUEZ HAMM** purchased several of the firearms for **TERRANCE HEIGHT**.

4. Beginning on a date unknown to the Grand Jury but continuing until at least December of 2022, **TERRANCE HEIGHT** provided funds to **RODRIQUEZ HAMM** in exchange for **RODRIQUEZ HAMM** purchasing firearms for him.

5. Beginning on a date unknown to the Grand Jury but continuing until at least January 9, 2023, **TERRANCE HEIGHT** and **RODRIQUEZ HAMM** sent and received multiple messages over their cellular telephones in which they discussed the unlawful purchase and distribution of firearms with each other and others, known and unknown to the Grand Jury.

6. On or about December 21, 2021, **ZANANII HOSANG** purchased firearms, that is, one (1) Glock, Model: 43, 9mm pistol, Serial Number: AGBF194, one (1) Glock, Model: 43,

9mm pistol, Serial Number: AGBF101, and one (1) Glock, Model: 17, 9mm pistol, Serial Number: BSVS806, from Triple B Guns & Ammo in Colbert, Georgia.

7. In connection with the firearms acquisition set forth in paragraph 6 above, **ZANANII HOSANG** falsely represented on an ATF Form 4473 that she was the actual transferee or buyer of the firearms, when in fact **ZANANII HOSANG** knew that she was purchasing the firearms on behalf of **TERRANCE HEIGHT**.

8. On or about March 21, 2022, **ZANANII HOSANG** purchased firearms, that is, one (1) SCCY, Model: CPX-2, 9mm pistol, Serial Number: C197622, and one (1) Glock, Model: 22, .40 caliber pistol, Serial Number: BSRB523, from Elberton Sport & Pawn in Elberton, Georgia.

9. In connection with the firearms acquisition set forth in paragraph 8 above, **ZANANII HOSANG** falsely represented on an ATF Form 4473 that she was the actual transferee or buyer of the firearms, when in fact **ZANANII HOSANG** knew that she was purchasing the firearms on behalf of **TERRANCE HEIGHT**.

10. On or about March 22, 2022, **ZANANII HOSANG** purchased firearms, that is, one (1) Glock, Model: 17, 9mm pistol, Serial Number: BNXH657, and one (1) SCCY, Model: CPX-2, 9mm pistol, Serial Number: C197621, from Elberton Sport & Pawn in Elberton, Georgia.

11. In connection with the firearms acquisition set forth in paragraph 10 above, **ZANANII HOSANG** falsely represented on an ATF Form 4473 that she was the actual transferee or buyer of the firearms, when in fact **ZANANII HOSANG** knew that she was purchasing the firearms on behalf of **TERRANCE HEIGHT**.

12. On or about March 25, 2022, **ZANANII HOSANG** purchased firearms, that is, one (1) Glock, Model: 23, .40 caliber pistol, Serial Number: BWH5824, and one (1) SCCY, Model: CPX-2, 9mm pistol, Serial Number: C184207, from Triple B Guns & Ammo in Colbert, Georgia.

13. In connection with the firearms acquisition set forth in paragraph 12 above, **ZANANII HOSANG** falsely represented on an ATF Form 4473 that she was the actual transferee or buyer of the firearms, when in fact **ZANANII HOSANG** knew that she was purchasing the firearms on behalf of **TERRANCE HEIGHT**.

14. From on or about June 14, 2021, to December 31, 2022, **TERRANCE HEIGHT** made at least eighteen (18) trips from Georgia to New Jersey.

15. Beginning on a date unknown to the Grand Jury but continuing until on or about December 4, 2021, **RODRIQUEZ HAMM** solicited D.P. to purchase firearms for him.

16. On or about August 26, 2021, D.P. purchased firearms, that is, one (1) Taurus, Model: G2C, 9mm pistol, Serial Number: ACH128819, one (1) Taurus, Model: G2C, 9mm pistol, Serial Number: ACH146563, and one (1) Taurus, Model: G2C, 9mm pistol, Serial Number: ACH156728, from Triple B Guns & Ammo in Colbert, Georgia.

17. In connection with the firearms acquisition set forth in paragraph 16 above, D.P. falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearms, when in fact D.P. knew that he was purchasing the firearms on behalf of **RODRIQUEZ HAMM**.

18. On or about October 6, 2021, D.P. purchased firearms, that is, one (1) Glock, Model: 43X, 9mm pistol, Serial Number: BUHS616, one (1) Glock, Model: 43X, 9mm pistol, Serial Number: BUHS750, one (1) Glock, Model: 42, .380 caliber pistol, Serial Number: AFTV012, one

(1) Glock, Model: 42, .380 caliber pistol, Serial Number: AFRW469, one (1) Ruger, Model: LCP, .380 caliber pistol, Serial Number: 379018314, one (1) Ruger, Model: LCP, .380 pistol, Serial Number: 379018282, and one (1) Ruger, Model: LCP, .380 pistol, Serial Number: 379018303, from Triple B Guns & Ammo in Colbert, Georgia.

19. In connection with the firearms acquisition set forth in paragraph 18 above, D.P. falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearms, when in fact D.P. knew that he was purchasing the firearms on behalf of **RODRIQUEZ HAMM**.

20. On or about November 26, 2021, D.P. purchased a firearm, that is, a Glock, Model: 43X, 9mm pistol, Serial Number: BVLZ678, from Triple B Guns & Ammo in Colbert, Georgia.

21. In connection with the firearm acquisition set forth in paragraph 20 above, D.P. falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearm, when in fact D.P. knew that he was purchasing the firearm on behalf of **RODRIQUEZ HAMM**.

22. On or about December 4, 2021, D.P. purchased a firearm, that is, a Glock, Model: 48, 9mm pistol, Serial Number: BVAL836, from Triple B Guns & Ammo in Colbert, Georgia.

23. In connection with the firearm acquisition set forth in paragraph 22 above, D.P. falsely represented on an ATF Form 4473 that he was the actual transferee or buyer of the firearm, when in fact D.P. knew that he was purchasing the firearm on behalf of **RODRIQUEZ HAMM**.

24. Beginning on a date unknown to the Grand Jury but continuing until or about September 6, 2022, **RODRIQUEZ HAMM** solicited A.J. to purchase firearms for him.

25. On or about October 9, 2021, A.J. purchased firearms, that is, one (1) Taurus, Model: 605, .357 revolver, Serial Number: ACG002261, and one (1) Taurus, Model: 605, .357 revolver, Serial Number: ACH178985, from Academy Sports & Outdoors in Anderson, South Carolina.

26. In connection with the firearms acquisition set forth in paragraph 25 above, A.J. falsely represented on an ATF Form 4473 that she was the actual transferee or buyer of the firearms, when in fact A.J. knew that she was purchasing the firearms on behalf of **RODRIQUEZ HAMM**.

27. On or about October 9, 2021, A.J. transported the two Taurus, Model: 605, .357 revolvers that she purchased from Academy Sports & Outdoors in Anderson, South Carolina, as set forth in paragraph 25 above, to **RODRIQUEZ HAMM**, who was at the home of **TERRANCE HEIGHT** in Elberton, Georgia.

28. On or about September 6, 2022, A.J. purchased a firearm, that is, a Glock, Model: 21, .45 caliber pistol, Serial Number: AGUV670, from Grady's Great Outdoors in Anderson, South Carolina.

29. In connection with the firearm acquisition set forth in paragraph 28 above, A.J. falsely represented on an ATF Form 4473 that she was the actual transferee or buyer of the firearm, when in fact A.J. knew that she was purchasing the firearm on behalf of **RODRIQUEZ HAMM**.

**All in violation of Title 18, United States Code, Section 371.**

**COUNT TWO**
**(ENGAGING IN THE BUSINESS OF DEALING IN FIREARMS WITHOUT A LICENSE)**

Beginning on a date unknown to the Grand Jury and continuing until at least January 9, 2023, in the Athens Division of the Middle District of Georgia and elsewhere, the defendants,

**TERRANCE HEIGHT, and**
**RODRIQUEZ HAMM,**

aided and abetted by each other, willfully engaged in the business of dealing in firearms without a license; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), and Section 2.

**COUNTS THREE to FORTY-THREE**
**(FALSE STATEMENT DURING PURCHASE OF A FIREARM)**

On the dates set forth in the grid below, each purchase constituting a separate count, in the Athens Division of the Middle District of Georgia, the defendants,

**RODRIQUEZ HAMM,**
**counselled, induced, procured, aided and abetted by**
**TERRANCE HEIGHT.**

in connection with the acquisition of the firearms listed in the table below from a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to a licensed dealer of firearms, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that **RODRIQUEZ HAMM** represented that he was the actual transferee or buyer of the firearm when in fact **RODRIQUEZ HAMM** was purchasing the firearm for **TERRANCE HEIGHT**, who was the

actual transferee or buyer of the firearm; all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and Section 2.

| Count Number | Purchase Date | Firearm Description (Make, Model & Serial Number) | Licensed Dealer of Firearms |
|---|---|---|---|
| 3 | 5/31/2021 | Smith & Wesson, Model: SD9, 9mm pistol, Serial Number: FDE7401 | Franklin Gun Store in Athens, GA |
| 4 | 6/3/2021 | Ruger, Model: 57, 5.7x28mm pistol, Serial Number: 643-02177 | Triple B Guns & Ammo in Colbert, GA |
| 5 | 6/7/2021 | Taurus, Model: G2C, 9mm pistol, Serial Number: 1C039807 | Triple B Guns & Ammo in Colbert, GA |
| 6 | 6/11/2021 | Taurus, Model: G2C, 9mm pistol, Serial Number: 1C039806 | Triple B Guns & Ammo in Colbert, GA |
| 7 | 6/11/2021 | Taurus, Model: G2C, 9mm pistol, Serial Number: 1C039813 | Triple B Guns & Ammo in Colbert, GA |
| 8 | 6/11/2021 | Taurus, Model: G2C, 9mm pistol, Serial Number: 1C039768 | Triple B Guns & Ammo in Colbert, GA |
| 9 | 6/13/2021 | Taurus, Model: G3C, 9mm pistol, Serial Number: ACD814432 | Academy Sports & Outdoors in Athens, GA |
| 10 | 6/13/2021 | SCCY, Model: CPX-2, 9mm pistol, Serial Number: C148950 | Academy Sports & Outdoors in Athens, GA |
| 11 | 6/13/2021 | SCCY, Model: CPX-2, 9mm pistol, Serial Number: C148946 | Academy Sports & Outdoors in Athens, GA |
| 12 | 6/16/2021 | Ruger, Model: 57, 5.7x28mm pistol, Serial Number: 642-26140 | Triple B Guns & Ammo in Colbert, GA |
| 13 | 6/17/2021 | Ruger, Model 57, 5.7x28mm pistol, Serial Number: 642-28221 | Triple B Guns & Ammo in Colbert, GA |

| Count Number | Purchase Date | Firearm Description (Make, Model & Serial Number) | Licensed Dealer of Firearms |
|---|---|---|---|
| 14 | 6/19/2021 | Armelegant SDS Imports, Model: BLP M12, 12-gauge shotgun, Serial Number: 21-B00493 | Triple B Guns & Ammo in Colbert, GA |
| 15 | 6/21/2021 | Glock, Model: 19X, 9mm pistol, Serial Number: BSPL977 | Triple B Guns & Ammo in Colbert, GA |
| 16 | 6/26/2021 | Sarsilmaz, Model: SAR-9, 9mm pistol, Serial Number: T1102-21BV89480 | Triple B Guns & Ammo in Colbert, GA |
| 17 | 7/3/2021 | Taurus, Model: G3, 9mm pistol, Serial Number: ACE901722 | Triple B Guns & Ammo in Colbert, GA |
| 18 | 7/10/2021 | Glock, Model: 21, .45 caliber pistol, Serial Number: ADAC162 | Triple B Guns & Ammo in Colbert, GA |
| 19 | 7/10/2021 | SCCY, Model: CPX-2, 9mm pistol, Serial Number: C168657 | Triple B Guns & Ammo in Colbert, GA |
| 20 | 7/17/2021 | Stoeger Industries, Model: STR-9, 9mm pistol, Serial Number: T6429-21U01860 | Academy Sports & Outdoors in Athens, GA |
| 21 | 7/21/2021 | Armscor Precision International, Model: 200, .38 Special revolver, Serial Number: RIA2355571 | Triple B Guns & Ammo in Colbert, GA |
| 22 | 7/22/2021 | Taurus, Model: 605, .357 caliber revolver, Serial Number: ACE945835 | Academy Sports & Outdoors in Athens, GA |
| 23 | 7/22/2021 | Taurus, Model: 605, .357 caliber revolver, Serial Number: ACE930204 | Academy Sports & Outdoors in Athens, GA |
| 24 | 7/22/2021 | Taurus, Model: 605, .357 caliber revolver, Serial Number: ACE932575 | Academy Sports & Outdoors in Athens, GA |
| 25 | 8/10/2021 | SCCY, Model: CPX-2, 9mm pistol, Serial Number: C168656 | Triple B Guns & Ammo in Colbert, GA |
| 26 | 8/12/2021 | Ruger, Model: 57, 5.7x28mm pistol, Serial Number: 643-11254 | Triple B Guns & Ammo in Colbert, GA |

| Count Number | Purchase Date | Firearm Description (Make, Model & Serial Number) | Licensed Dealer of Firearms |
|---|---|---|---|
| 27 | 8/12/2021 | Taurus, Model: G2C, 9mm pistol, Serial Number: 1C068321 | Academy Sports & Outdoors in Athens, GA |
| 28 | 8/13/2021 | Taurus, Model: G2C, .40 caliber pistol, Serial Number: ACH097269 | Triple B Guns & Ammo in Colbert, GA |
| 29 | 8/13/2021 | Bersa, Model: BP9CC, 9mm pistol, Serial Number: K85992 | Triple B Guns & Ammo in Colbert, GA |
| 30 | 8/13/2021 | Taurus, Model: G3C, 9mm pistol, Serial Number: ACG038092 | Triple B Guns & Ammo in Colbert, GA |
| 31 | 8/13/2021 | Taurus, Model: G3C, 9mm pistol, Serial Number: ACB038014 | Triple B Guns & Ammo in Colbert, GA |
| 32 | 8/13/2021 | Taurus, Model: G3C 9mm pistol, Serial Number: ACE934622 | Academy Sports & Outdoors in Athens, GA |
| 33 | 8/13/2021 | Taurus, Model: G3C, 9mm pistol, Serial Number: ACE911626 | Academy Sports & Outdoors in Athens, GA |
| 34 | 8/13/2021 | Stoeger Industries, Model: STR-9, 9mm pistol, Serial Number: T6429-21S05872 | Academy Sports & Outdoors in Athens, GA |
| 35 | 8/21/2021 | Taurus, Model: 605, .357 revolver, Serial Number: ACC709068 | Academy Sports & Outdoors in Athens, GA |
| 36 | 9/27/2021 | FN (Fabrique Nationale), Model: Five-Seven, 5.7x28mm, Serial Number: 386407936 | Triple B Guns & Ammo in Colbert, GA |
| 37 | 12/26/2021 | Sarsilmaz, Model: SAR-9X, 9mm pistol, Serial Number: T1102-21BV41634 | Triple B Guns & Ammo in Colbert, GA |
| 38 | 1/25/2022 | Glock, Model: 21, .45 caliber pistol, Serial Number: AFXN876 | Triple B Guns & Ammo in Colbert, GA |
| 39 | 2/22/2022 | FN (Fabrique Nationale), Model: FNX-45, .45 caliber pistol, Serial Number: FX3U159968 | LA Armory in Lavonia, GA |

| Count Number | Purchase Date | Firearm Description (Make, Model & Serial Number) | Licensed Dealer of Firearms |
|---|---|---|---|
| 40 | 4/2/2022 | Glock, Model: 36, .45 caliber pistol, Serial Number: BVNR524 | Triple B Guns & Ammo in Colbert, GA |
| 41 | 5/21/2022 | Masterpiece Arms, Model: MPA57DMG, 5.7x28mm pistol, Serial Number: FX00059 | LA Armory in Lavonia, GA |
| 42 | 11/14/2022 | Glock, Model: 21, .45 caliber pistol, Serial Number: AGKK512 | Triple B Guns & Ammo in Colbert, GA |
| 43 | 12/19/2022 | Taurus, Model: G2C, 9mm pistol, Serial Number: AAL073737 | Elberton Sport & Pawn in Elberton, GA |

**COUNTS FORTY-FOUR to FIFTY-SIX**
**(FALSE STATEMENT DURING PURCHASE OF A FIREARM)**

On the dates set forth in the grid below, each purchase constituting a separate count, in the Athens Division of the Middle District of Georgia, the defendants,

**ZANANII HOSANG,**
**counselled, induced, procured, aided and abetted by**
**TERRANCE HEIGHT,**

in connection with the acquisition of the firearms listed in the table below from a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to a licensed dealer of firearms, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that **ZANANII HOSANG** represented that she was the actual transferee or buyer of the firearm when in fact **ZANANII HOSANG** was purchasing the firearm for **TERRANCE HEIGHT**, who was the

actual transferee or buyer of the firearm; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2) and Section 2.

| Count Number | Purchase Date | Firearm Description (Make, Model & Serial Number) | Licensed Dealer of Firearms |
|---|---|---|---|
| 44 | 12/21/2021 | Glock, Model: 43, 9mm pistol, Serial Number: AGBF194 | Triple B Guns & Ammo in Colbert, GA |
| 45 | 12/21/2021 | Glock, Model: 43, 9mm pistol, Serial Number: AGBF101 | Triple B Guns & Ammo in Colbert, GA |
| 46 | 12/21/2021 | Glock, Model: 17, 9mm pistol, Serial Number: BSVS806 | Triple B Guns & Ammo in Colbert, GA |
| 47 | 3/21/2022 | SCCY, Model: CPX-2, 9mm pistol, Serial Number: C197622 | Elberton Sport & Pawn in Elberton, GA |
| 48 | 3/21/2022 | Glock, Model: 22, .40 caliber pistol, Serial Number: BSRB523 | Elberton Sport & Pawn in Elberton, GA |
| 49 | 3/22/2022 | Glock, Model: 17, 9mm pistol, Serial Number: BNXH657 | Elberton Sport & Pawn in Elberton, GA |
| 50 | 3/22/2022 | SCCY, Model: CPX-2, 9mm pistol, Serial Number: C197621 | Elberton Sport & Pawn in Elberton, GA |
| 51 | 3/25/2022 | Glock, Model: 23, .40 caliber pistol, Serial Number: BWH5824 | Triple B Guns & Ammo in Colbert, GA |
| 52 | 3/25/2022 | SCCY, Model: CPX-2, 9mm pistol, Serial Number: C184207 | Triple B Guns & Ammo in Colbert, GA |
| 53 | 1/3/2023 | Glock, Model: 26, 9mm pistol, Serial Number: UFK040 | Elberton Sport & Pawn in Elberton, GA |
| 54 | 1/3/2023 | SCCY, Model: CPX-2, 9mm pistol, Serial Number: 814886 | Elberton Sport & Pawn in Elberton, GA |
| 55 | 1/3/2023 | SCCY, Model: CPX-2, 9mm pistol, Serial Number: C237382 | Elberton Sport & Pawn in Elberton, GA |
| 56 | 1/3/2023 | Taurus, Model: G3, 9mm pistol, Serial Number: ADJ680145 | Elberton Sport & Pawn in Elberton, GA |

**COUNT FIFTY-SEVEN**
**(INTERSTATE TRAVEL WITH INTENT TO ENGAGE IN FIREARMS TRAFFICKING)**

On or about January 6, 2023, in the Athens Division of the Middle District of Georgia and elsewhere, the defendants,

**TERRANCE HEIGHT, and**
**ZANANII HOSANG,**

aided and abetted by each other, with the intent to engage in the business of dealing in firearms without a license, a violation of Title 18, United States Code, Section § 922(a)(1)(A), traveled from one state into another state, and acquired and attempted to acquire firearms in the other state, in furtherance of such purpose, that is, **ZANANII HOSANG** traveled from Georgia into South Carolina, for the purpose of acquiring a firearm in South Carolina from an individual referred to by the moniker "Polo J," with the intent that the firearm would then be transported from South Carolina to **TERRANCE HEIGHT** in Georgia; all in violation of Title 18, United States Code, Sections 924(n) and 2.

**COUNT FIFTY-EIGHT**
**(TRANSFERRING A FIREARM TO AN OUT-OF-STATE RESIDENT)**

On or between October 6, 2021, and March 17, 2022, the exact date and date range being unknown to the Grand Jury, in the Athens Division of the Middle District of Georgia and elsewhere, the defendant,

**TERRANCE HEIGHT,**

not being a licensed importer, manufacturer, dealer and collector of firearms, within the meaning of Chapter 44, Title 18 United States Code, willfully transferred, sold, and delivered a firearm, that is, one (1) Glock, Model: 42, .380 caliber pistol, Serial Number: AFRW469, to T.B., said person not being a licensed importer, manufacturer, dealer, and collector of firearms within the meaning of Chapter 44, Title 18 United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of Georgia, the State in which the defendant was residing at the time of the aforesaid transfer, sale, and delivery of the firearm; all in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D).

**FORFEITURE NOTICE**
**(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture)**

1. The allegations contained in Counts One through Fifty-Eight of this Indictment is hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 371, in connection with Title 18, United States Code, Sections 922(a)(6) and 924(a)(2) set forth in Count One; Title 18, United States Code, Section 922(a)(1)(A) set forth in Count Two; Title 18, United States Code, Sections 922(a)(6) and 924(a)(2) set forth in Counts Three through Fifty-Six; Title 18, United States Code, Sections 924(n) set forth in Count Fifty-Seven; and/or Title 18, United States Code, Section 922(a)(5) set forth in Count Fifty-Eight of this Indictment, the Defendant(s),

**TERRANCE HEIGHT,**
**RODRIQUEZ HAMM, and**
**ZANANII HOSANG,**

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense(s).

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 924(d)(1).

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY

Presented By:

MICHAEL MORRISON
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 12th day of May, AD 2026.

Deputy Clerk